DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

**PEOPLE OF THE VIRGIN ISLANDS**

v.                                        Cr. NO. 2007/0054-03

**Ray Romero**

## MEMORANDUM RECORD OF PROCEEDING

Defendant appeared before George W. Cannon, Jr., U.S. Magistrate Judge on the __10th__ Day of December 2007 at 10:00 am (time), (before)(__after__) the filing of the __Indictment__ in the above cause, a copy of which (__was__)(was not) given to the defendant. The defendant was informed of the __Indictment__ and was advice of his constitutional and statutory rights including:

(X) Right to counsel of own choosing; (X) Right to remain silent; if a voluntary statement is made, it could be used against him/her; (X) Right to preliminary examination; (X) Right to bail.

The defendant was also advised that is unable to hire a lawyer that one would be provided without cost; of right to talk to the lawyer before answering questions and to have the lawyer present during any questioning or statement which may be made; and that if willing to make a statement, right to stop any time they wish; right to obtain assistance of the court's officers in serving witnesses on defendant's behalf. At the time of appearance, defendant (was__)__(__was not__) in custody.

### O R D E R

Upon the record of proceeding, it is hereby;

**ORDERED** THAT DEFENDANT BE RELEASED FROM CUSTODY UPON EXECUTION OF:

☐ An unsecured Appearance Bond in the amount of $_____
☐ A Custody and Supervision Bond.
☐ An Appearance Bond in the amount of $_____ with security of ten percent (10%) of the face amount of the bond.
☐ Bail Bond with one or more sureties or deposit of cash in        lieu thereof, in the amount of $_____.
   Other Conditions

_____

_____

Attorney _Eric Chancellor, Esq_ is appointed to represent defendants

You are to sign in at the U.S. Marshal's Office each Wednesday at 9:30 A.M., at District Court, located at 3013 Golden Rock, Christiansted, St. Croix.

Dated: December 10, 2007

                                              /s/ George W. Cannon
                                              George W. Cannon, Jr
                                              U.S. MAGISTRATE JUDGE

I certify that I truly and accurately interpreted the statement of the Judge from English to_____language which the defendant understands.

                                              INTERPRETER

Defendant's Date of Birth:_____Age: __

Residence Address:_____

Mailing Address:_____

City:_____

Island (State):_____

Home Phone:_____ Business Phone:_____

Arresting Officer:_____

Date of Arrest:_____

I certify that I received a copy of this Memorandum Record of Proceeding.